IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DAVID CURRY, | : | Case No. 3:12-cv-135 |
| Plaintiff, | | Magistrate Judge Michael J. Newman (Consent Case) |
| v. | : | |
| CITY OF DAYTON, *et.al.*, | | |
| Defendants. | : | |

## DISMISSAL ORDER

The Court liberally construes Plaintiff's notice of voluntary dismissal filed on February 5, 2013 (doc. 31) as a motion to voluntarily dismiss his case pursuant to Fed. R. Civ. P. 41(a)(2). For good cause shown, the motion is **GRANTED**. This consent case, accordingly, is **CLOSED** upon the docket of this Court.

The Clerk shall mail a copy of this Order to *pro se* Plaintiff.

**IT IS SO ORDERED.**

February 8, 2013                                s/ **Michael J. Newman**
                                                United States Magistrate Judge